21 A.3d 1182

IN THE MATTER OF QUEEN E. PAYTON, AN ATTORNEY
AT LAW (ATTORNEY NO. 007752001).

July 14, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–441, that **QUEEN E. PAYTON** of **RAHWAY,** who was admitted to the bar of this State in 2001, should be reprimanded for violating *RPC* 5.5(a) (engaging in the unauthorized practice of law), and good cause appearing;

It is ORDERED that **QUEEN E. PAYTON** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.